| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c) | |
|---|---|
| | **Order Filed on January 8, 2021**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In Re:<br>Hollister Construction Services, LLC | Case No.: 19-27439<br>Adv. No.: 20-01396<br>Judge: Michael B. Kaplan |
| Hollister Construction Services, LLC<br><br>Plaintiff(s)<br>v.<br>Arch Insurance Company And Arch Reinsurance Company, et al.<br><br>Defendant(s) | |

## ORDER TO FILE SETTLEMENT DOCUMENTS

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 8, 2021**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court having been advised that the above referenced adversary proceeding has been settled between the plaintiff(s) and  Arch Insurance Company And Arch Reinsurance Company  et al.                                                                                                                                                                       , and for good cause shown, it is

ORDERED, that if the Court does not receive the appropriate settlement document(s) within 30 days of the date of this order, the matter may be:

- ☑ dismissed in its entirety and the case may be closed without further order of the Court.

- ❏ dismissed as to the above named parties without further order of the Court.

*rev. 8/1/07*